NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David J. Kaminski
Martin Schannong
CARLSON & MESSER LLP
5959 West Century Boulevard
Suite 1214
Los Angeles, CA 90045
(310) 242-2200

ATTORNEY(S) FOR: Defendant ARS NATIONAL SERVICES, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN R. MAHLOW | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:13-cv-00762-JST-RNB |
| v. | |
| ARS NATIONAL SERVICES, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Defendant ARS NATIONAL SERVICES, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JONATHAN R. MAHLOW | Plaintiff |
| ARS NATIONAL SERVICES, INC. | Defendant |

July 11, 2013
Date

s/David J. Kaminski
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant ARS NATIONAL SERVICES, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **July 11, 2013**, I served the foregoing document(s) described as: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ] **BY ELECTRONIC MAIL**:
Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **PERSONAL SERVICE BY HAND**- I personally served document to address stated on POS Service List.

[ ] **BY FACSIMILE**- I transmitted via telecopier machine such document to the offices of the addressees.

[ ] **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **11th** day of **July 2013** at Los Angeles, California.

*Linda Brooks*
Linda Brooks

---
PROOF OF SERVICE

<u>**SERVICE LIST**</u>
<u>**Jonathan R. Mahlow v. ARS National Services, Inc.**</u>
**Our File No . 07580.00**

| | |
|---|---|
| Jonathan R. Mahlow<br>14162 Holt Avenue<br>Santa Ana, CA 92705 | **PLAINTIFF IN PRO SE** |

2
PROOF OF SERVICE