1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN R. MAHLOW,

             Plaintiff/s,

    v.

ARS NATIONAL SERVICES, INC.,

             Defendant/s.

_____

)
)
)
)
)
)
)
)
)
)
)

Case No. SACV 13-762-JST(RNBx)

**ORDER STAYING ACTION
PENDING FINAL SETTLEMENT,
REMOVING CASE FROM ACTIVE
CASELOAD, AND FILING OF
DISMISSAL**

      On August 30, 2013, the parties filed a Notice of Settlement (doc.12) indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

      It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

      The parties shall file a Dismissal no later than October 18, 2013. If no dismissal is filed, the Court deems the matter dismissed at that time.

/

/

/

1    The Court retains full jurisdiction over this action and this order shall not

2  prejudice any party in the action.

3

4  IT IS SO ORDERED.

5

6  DATED:  September 10, 2013

7                                                    **JOSEPHINE STATON TUCKER**
                                                     JOSEPHINE STATON TUCKER
8                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28